FILED

NOT FOR PUBLICATION

APR 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREAS VASQUEZ-ZARCO, | No. 07-73356 |
| Petitioner, | Agency No. A077-168-268 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:      RYMER, McKEOWN, and PAEZ, Circuit Judges.

Andreas Vasquez-Zarco, a native and citizen of Mexico, petitions for review

of a Board of Immigration Appeals ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

We have jurisdiction pursuant to 8 U.S.C. §1252. We review for substantial evidence the BIA's determination of continuous physical presence. *Landin-Zavala v. Gonzales*, 488 F.3d 1150, 1151 (9th Cir. 2007). We review de novo questions of law and due process claims. *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008). We deny the petition for review.

Substantial evidence supports the BIA's determination that Vasquez-Zarco failed to establish the ten years of continuous physical presence required for cancellation of removal. *See* 8 U.S.C. § 1229b(d)(2) (departure in excess of ninety days breaks continuous physical presence). Vasquez-Zarco fails to point to any authority in support of his theory of constructive presence. *Cf.* 8 U.S.C. § 1229b(1)(A) (Alien must be "physically present in the United States for a continuous period of not less than 10 years immediately preceding the date of such application.")

Vasquez-Zarco's due process claim is not supported by the record.

**PETITION FOR REVIEW DENIED.**

07-73356